

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause Number:     01-12-00173-CV

Trial Court Cause
Number:     0980317

Style:     Amado Yanez

    **v** Daniela Ducasson

Date motion filed[*]:     February 19, 2013

Type of motion:     Motion for Extension of Time to File a Motion for Rehearing

Party filing motion:     Appellant

Document to be filed:     Motion for Rehearing

Is appeal accelerated? ☐ Yes   ☒ No

If motion to extend time:

    Original due date:     January 28, 2013

    Number of previous extensions granted:     2

    Date Requested:     February 19, 2013

Ordered that motion is:

    ☒   Granted

        If document is to be filed, document due: <u>March 5, 2013</u>

        ☒ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

    ☐   Denied

    ☐   Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐   Other: _____

Judge's signature: /s/ <u>Laura Carter Higley</u>
        ☒ Acting individually     ☐ Acting for the Court

Panel consists of  <u>Justices Jennings, Higley, and Sharp</u>

Date: <u>February 26, 2013</u>